USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES, AND MICHAEL
J. FORDE AS EXECUTIVE SECRETARY-TREASURER,
DISTRICT COUNCIL FOR NEW YORK CITY AND
VICINITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA,

08 CV 1712 (SAS)
ECF CASE

**DEFAULT JUDGMENT**

RECEIVED
CHAMBERS OF

MAR 2 0 2008

JUDGE S:

                        Plaintiffs,

        -against-

PORT CHESTER SCAFFOLDING, INC.,

                        Defendant.
------------------------------------------------------------------X

This action having been commenced on February 21, 2008 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant Port

Chester Scaffolding, Inc. on February 25, 2008 by delivering two (2) true copies of the same to the

Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation

Law, and a proof of service having been filed on March 4, 2008 and the defendant not having

answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of

the Court having issued its certificate of default on March 18, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendant, pursuant to the arbitration award, in the principal amount of $7,459.05 plus interest of ten

percent (10%) per annum from the date of said award, December 2, 2007, through the date of entry of

this judgment, totaling $224.80 in addition to attorneys' fees and costs in the amount of $1,622.50 for a

total of $9,306.35

Dated: March 20, 2008
        New York, New York

_____
Honorable Shira A. Scheindlin
United States District Judge

This document was entered on the docket
on _____.

2